### MINNIE MAUDE CAMPBELL v. W. H. CAMPBELL.

(Filed 10 October, 1934.)

**Divorce A d——**
    Either party may bring an action for absolute divorce on the ground of two-years separation, C. S., 1659 (a), and the jury's finding that defendant did not abandon plaintiff without cause does not preclude judgment in plaintiff's favor.

APPEAL by plaintiff from *Parker, J.,* at March Term, 1934, of LEE. Reversed.

*Gavin & Jackson for appellant.*
*No counsel for appellee.*

PER CURIAM. This was an action for divorce, instituted under chapter 163, Public Laws 1933, C. S., 1659 (a). The issue of residence, marriage, and two-years separation were answered in favor of the plaintiff, but under the issue numbered three the jury found that the defendant did not abandon the plaintiff without cause. Upon this verdict the plaintiff tendered judgment for absolute divorce, which the court declined to sign, and entered judgment denying the plaintiff a divorce.

This case is governed by *Long v. Long,* 206 N. C., 706. It should be stated, however, that the case at bar was decided before the decision in *Long's case, supra,* was rendered.

Upon the verdict the plaintiff was entitled to a decree of absolute divorce, and the case is remanded to the court below to the end that such decree may be entered.

Reversed.